**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
          lsironski@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTA D'ALOIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>THE CLOROX COMPANY and HAMILTON BEACH BRANDS, INC.,<br><br>Defendants. | Case No. 4:25-cv-09431-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:  Hon. Jon S. Tigar |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 4:25-CV-09431-JST

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff Roberta D'Alois hereby dismisses her claims against Defendants The Clorox Company and Hamilton Beach Brands, Inc., **without prejudice**.

Dated: January 20, 2026            Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:  ___/s/ *L. Timothy Fisher*___
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
          lsironski@bursor.com

Dated: January 20, 2026            **GREG SINDERBRAND LAW GROUP, P.C.**

By:  ___/s/ *Greg Sinderbrand*___
          Greg Sinderbrand

Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiff*